FILED
CHARLOTTE, NC

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __North Carolina__

AUG 15 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

_____ Division

Case No. __3:25-cv-620-GCM__
(to be filled in by the Clerk's Office)

__Jeremiah Barwick__

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

__"See attached" Pro Se 14 pg 1 of 11__

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Jeremiah J. Barwick
  All other names by which you have been known: Jeremy J. Barwick, Jeremy Jones
  ID Number: 512125
  Current Institution: Union Co. Jail
  Address: 3344 Presson Rd.
  Monroe, NC 28112
  City / State / Zip Code

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: Eddie Cathey
  Job or Title *(if known)*: Sheriff
  Shield Number:
  Employer: Union Co. NC / Sheriff office
  Address: 3370 Presson Rd.
  Monroe, NC 28112
  City / State / Zip Code
  [ ] Individual capacity  [✓] Official capacity

  Defendant No. 2
  Name: Lt. Winfrey
  Job or Title *(if known)*: Lt. Deputy
  Shield Number:
  Employer: Union Co. Sheriff's office / Jail
  Address: 3344 Presson Rd.
  Monroe, NC 28112
  City / State / Zip Code
  [✓] Individual capacity  [✓] Official capacity

Attached

Defendant No. 5 Pg 3 of 11
Name: Union Co. Sheriff Office
Title: Union Co. Sheriff Office
Address: 3370 Presson Rd.
Monroe, NC 28112

[✓] Individual capacity [✓] Official capacity

Defendant No. 6 Pg 3 of 11
Name: Union Co. Jail
Title: Union Co. Jail
Address: 3344 Presson Rd.
Monroe, NC 28112

[✓] Idividual capacity [✓] Official capacity

Pro Se 14 Pg 1 of 11
Sheriff - Eddie Cathey
Union Co. Sheriff Office
Union Co. Jail
  Lt. Winfrey
  Sgt. Martin
  Deputy English

AO 239
Sheriff - Eddie Cathey
Union Co. Sheriff Office
Union Co. Jail
  Lt. Winfrey
  Sgt. Martin
  Deputy English

Defendant No. 3
    Name: Sgt. Martin
    Job or Title (if known): Sgt Deputy
    Shield Number:
    Employer: Union Co. Sheriff's office / Jail
    Address: 3344 Presson Rd.
    City: Monroe  State: NC  Zip Code: 28112
    [✓] Individual capacity  [✓] Official capacity

Defendant No. 4
    Name: Deputy English
    Job or Title (if known): Deputy / mail
    Shield Number:
    Employer: Union Co. Sheriff's Office / Jail
    Address: 3344 Presson Rd.
    City: Monroe  State: NC  Zip Code: 28112
    [✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A. Are you bringing suit against *(check all that apply)*:

        [ ] Federal officials (a *Bivens* claim)

        [✓] State or local officials (a § 1983 claim)

    B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

6th Amendment: denial of access to the courts & access to counsel (Law library)
8th Amendment: cruel & unusual punishment
9th Amendment: listing specific rights in Constitution doesn't mean that I don't have other rights not spelled out / Deney equal protection of laws
14th Amendment: denial of due process of law, discrimination, gross negligence, retaliation

    C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

**IV.** Statement of Claim
number 1

No mailbox in dorms to secure inmates mail. Thursday July 17th AC in dorm stopped working till Friday evening July 18th. I ask a deputy to take legal mail to my lawyer up & was told that deputy English was not taking up the mail that day. Deputy English & Sgt. Martin were in my dorm passing out to inmates a cup of ice & a cup of water because of the broken AC / 90°+ temp. When I was let out to go recieve mine, I asked deputy English when mail would be picked up by her. Deputy English replied that she was not picking mail up till tomorrow, Sat. July 19th because she was instead passing out water for us. I respectfully asked deputy English if she knew that unless it was a federal holiday mail had to be picked up and or delivered Monday - Friday. Deputy English became loud and told me she use to work for the post office and was well aware of mail regulations. I repectfully told her I was not trying to argue with her, I was just asking about my mail. Deputy English then stated I had two choices, she could pick up my mail or I could get water & ice. I replied that I chose for her to pick up my legal mail and then returned to my room. When I reached my room Sgt. Martin started yelling at me, and stated that deputy English said she would get your mail later today and you are arguing with her, I interjected that her statement was not true, that deputy English said tomorrow not later today. Sgt Martin then asked me why I was being an asshole when they were trying to do me a favor by passing out water to help with cooling inmates off because of the heat from the broken AC / 90°+ temp. Sgt Martin then asked if I wanted to apoligise to deputy English. I replied I was not going to apoligise for asking a question that I have a federal right to ask. I was the only inmate that didn't get water & ice. I was reprimanded about the situation later that day Friday 18th, 2025.

over →

Deputy English made the statement that "The post lady wouldn't pick up mail till Monday anyway," as I closed my cell door. I am now in fear that the legal mail from this situation was not sent to my lawyer. The mail I sent you was under another inmates name and was turned in by him from fear of retalition.

Show/cause
- Sgt. Martin is over deputy English/ under the sheriff and took an oath to uphold the Costitution. If her deputy under her/English is doing something wrong, it is her job to correct it, not try to lie and back the wrong officer.

- Deputy English is underneth the Sheriff and also took an Oath to uphold the Constitution.

**IV.** Statement of claim number 2

24 2bed cells in B block, some with 3 inmates per cell. 4 phones can be used for law library, one is broken & a 5th one not availible because its in lawyer visit room. Out of 48+ inmates only 27 can make ten min call home in a day of 4½ of recreation which happens only 3 days a week. Out of 48+ inmates only 18 inmates can call in one day of 3 hours recreation which happens 4 days a week. The same inmates use it in the same order & will not let anyone use the law library w/o threat of assault. The guards/staff of the jail know this, several greivences have been written about it. They just made a rule that law library is on Sundays, 48+ inmates using law library within 3 hours a week is impossible and a violation of the Federal/state Laws guidlines, & regulations dealing with inmates rights to use of law library just like the violation of Federal/state laws, guidlines, & regulations dealing with inmate mail/legal mail. I have ask for 13 days straight to use the law library, and written greivences asking to use the law library. The jail has delayed, failed, & refused to use the law library in a private place away from other inmates. forced me to use it during my recreation putting me in a situation that can put me at risk of assault from other inmates. Sunday the 27th, first day of supposed Sunday law library, Deputy Stegall, first shift told me when I asked to use law library that it was only for the blocks up front. Lt. Winfrey told me earlier that week that we could use it Sunday. The grievence I wrote about the law library & my rights to use it is no longer on the kiosk/been taken off or erased. Other inmate greivences on law library show the response of Sunday usage or denied. Sunday the 27th second shift, I asked deputy Torres

over →

to use law library. Torres responded that was only on Sunday. I replied it was Sunday. Torres then stated I needed to ask to use it before Sunday. I told him I've been asking for six days, wrote a greivence & talked to Lt. Winfrey about using it. Saturday Aug. 2nd asked Sgt. Austin to use law library, I was told he would add me to list. Sunday Aug. 3rd I asked to use law library and asked if im the list, was told they would check. 6pm Aug 3rd, have heard nothing back & have asked twice more.

Show/cause
- Eddie Kathey Union Co. sheriff is over the Sheriff's Dept./Jail (including mail & other opperations) such as law library and over deputies under him. He took an oath to uphold Constitution. As head, everything under him should be running correctly under fed/state laws, guidlines & regulations.

- Sheriffs Dept/Jail should be running correctly under fed/state laws, guidlines & regulations

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Deputy English: didn't get mail Friday 7/18 gave me ultamatum to pick up my mail or give me water + Ice. discriminated me and retaliated. Sgt Martin; didn't correct Deputy English, lied for/ deffended English, asked me to appologize to English. Other defendants didn't secure that under them everything including mail & other opperations run correctly under federal/state laws guidlines & regulations

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
Union Co. Jail, B block, cell 3210  7/18/25 + 7/21/25 - 8/2/25

C. What date and approximate time did the events giving rise to your claim(s) occur?

#1 7/10/25 lunch time

#2 7/21/25 - 8/2/25 throughout the day, daily

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Mail not being picked up, given ultimatum for mail picked - Deputy English, Sgt Martin up or water, Discrimination Retaliation Cruel unusual punishment. Jail, sheriff & sheriff office delayed, failed, or refusal of law library - Lt. Winfrey, Jail, sheriff & sheriff office
Witnesses: Michel Young #513064 cell B 3210, Skyler Morris # 33781 cell 3207, Juan Peterson # 522234, Cody Thurman # 127661 cell B3211, Devin King #169942 cellB-3206 Tijuan Johnson # 519785 CellB 3207, Beverly Boatwright JR # 460081 cellB 3120 Todd Harmon # 25511 CellB-3208

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

no physical injuries received

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Law library run by federal/state laws, guidlines & regulations. Mailboxed in dorms for inmate to secure mail for pickup. Mail ran by federal/state laws, guidlines, & regulations come make sure these things are happening here. An investigation to jail opperations and grievence kiosk procedures. No other inmate go through this rights violated. Me moved to another facility. 25,000 punitive damages & cruel unusual punishment. Appoint me a federal attorney please.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Union Co. Jail, Monroe NC

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☑ No → under mail

☑ Do not know

If yes, which claim(s)?

Yes under facility

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No       N/A

E. If you did file a grievance:

1. Where did you file the grievance?

on the kiosk in dorm B

2. What did you claim in your grievance? rights being violated, grievances being deleted/removed from kiosk, mail not being ran / law library not being ran by federal/state laws, guidlines, + regulations.

3. What was the result, if any? Told fact were not true, denied, deleted from kiosk

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

wrote more/replied to no avail

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Not given a chain of command, no responses just denial, All grievance done on kiosk hard to type can't write them on paper

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[✓] Yes

[✓] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Greenville, TN Federal court

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  N/A
   Defendant(s)  N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes        N/A
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   yes

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Jeremiah Barwick
   Defendant(s) TBI Johnson City, Police department + washington Co. Jail

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Greeville, TN  Federal

3. Docket or index number  N/A ?

4. Name of Judge assigned to your case  N/A ?

5. Approximate date of filing lawsuit  2011

6. Is the case still pending?
   ☐ Yes
   ☑ No
   If no, give the approximate date of disposition  2012

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   dismissed

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8·3·25

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Jeremiah Barwick
Prison Identification #: 512125
Prison Address: Union Co. Jail 3344 Presson Rd.
Monroe, NC 28112
City / State / Zip Code

### B. For Attorneys

Date of signing: ___

Signature of Attorney: ___
Printed Name of Attorney: ___
Bar Number: ___
Name of Law Firm: ___
Address: ___
City / State / Zip Code
Telephone Number: ___
E-mail Address: ___